## LUJAN v. CALIFORNIA

No. 200, Misc.  Decided February 27, 1970

*Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Michael J. Phelan,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## DURHAM ET UX. v. INDEPENDENCE HOMES, INC.

No. 1062.  Decided February 27, 1970

*Thomas B. McNeill* for appellants.

*Burton Y. Weitzenfeld* and *John F. McClure* for appellee.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.  The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.